IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FERRING PHARMACEUTICALS INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:15-cv-00802 |
| SYLVIA MATHEWS BURWELL, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as counsel for defendants Sylvia Mathews Burwell and Stephen Ostroff.

    Respectfully submitted,

    /s/ Ann F. Entwistle
    ANN F. ENTWISTLE
    Trial Attorney
    Consumer Protection Branch
    Civil Division
    Department of Justice
    P.O. Box 386
    Washington, D.C.  20044
    Telephone: (202) 305-3630
    Facsimile: 202-514-8742
    Ann.F.Entwistle@usdoj.gov