UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
FERRING PHARMS. INC.,                       )
                                            )
            Plaintiffs,                     )
                                            )
    v.                                      )   Civil Action No. 15-802 (RC)
                                            )
SYLVIA BURWELL, Secretary of                )
 Health and Human Services, *et al.*,       )
                                            )
            Defendants.                     )
_____)

**DEFENDANTS' RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and this Court's March 15, 2016 Order, defendants move the court to grant summary judgment in their favor on the grounds that defendants are entitled to judgment as a matter of law. Defendants appropriately declined to apply FDA's new interpretation regarding new chemical entity exclusivity for fixed-dose combination products retroactively and plaintiff has not carried its burden of demonstrating that defendants' actions were not in accordance with the law.

Dated: April 5, 2016                        Respectfully submitted,

                                            BENJAMIN C. MIZER
Of Counsel:                                 Principal Deputy Assistant Attorney General

WILLIAM B. SCHULTZ                          JONATHAN F. OLIN
General Counsel                             Deputy Assistant Attorney General

ELIZABETH H. DICKINSON                      MICHAEL S. BLUME
Associate General Counsel                   Director
Food and Drug Division

| | |
|---|---|
| PERHAM GORJI<br>Deputy Chief Counsel, Litigation<br><br>SHOSHANA HUTCHINSON<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>10903 New Hampshire Ave.<br>White Oak 31, Room 4560<br>Silver Spring, MD 20993-0002<br>301-796-8566 | *s/ Ann F. Entwistle*<br>ANN F. ENTWISTLE<br>Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box. 386<br>Washington, D.C. 20044-0386<br>202-305-3630<br>Ann.F.Entwistle@usdoj.gov |