UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FERRING PHARMS. INC.,               )
                                    )
       Plaintiffs,                  )
                                    )
       v.                           )   Civil Action No. 15-802 (RC)
                                    )
SYLVIA BURWELL, Secretary of        )
  Health and Human Services, *et al.*, )
                                    )
       Defendants.                  )
_____ )

### ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT

Having considered the parties' respective motions for summary judgment, the memoranda in support of and in opposition thereto, and the whole record in this case, the Court hereby ORDERS that:

    1.    Defendants' motion for summary judgment as to retroactivity is **GRANTED**;

    2.    Plaintiff's motion for summary judgment as to retroactivity is **DENIED**; and

    3.    This case is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Entered this ___ day of _____, 2016.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Judge