IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERRING PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYLVIA M. BURWELL, *et al.*, <br><br> Defendants. | Civil Action No. 15-0802 (RC) |

**PAR PHARMACEUTICAL, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and this Court's March 15, 2016 Order, Par Pharmaceutical Inc. ("Par") moves the Court to grant summary judgment affirming the FDA's refusal to retroactively apply its new interpretation of the five-year NCE exclusivity provision under 21 U.S.C. § 355(j)(5)(F)(ii) on the grounds that Par is entitled to judgment as a matter of law. The FDA appropriately declined to apply the FDA's new interpretation regarding new chemical entity exclusivity for fixed-dose combination products retroactively and plaintiff has not carried its burden of demonstration that the FDA's actions were not in accordance with the law.

Dated:  April 5, 2016

Respectfully submitted,

/s/Janine A. Carlan
Janine A. Carlan (D.C. Bar No. 464254)
Taniel Anderson (D.C. Bar No. 997406)
**ARENT FOX LLP**
1717 K Street, NW
Washington, DC 20006
(202) 857-6000
janine.carlan@arentfox.com
taniel.anderson@arentfox.com

*Counsel for Par Pharmaceutical, Inc.*

1

## CERTIFICATE OF SERVICE

In accordance with LCvR 5.3, I hereby certify that on April 5, 2016 I caused to be served a copy of: (1) Par's Motion for Leave to File Under Seal; (2) Par's Motion for Summary Judgment; (3) Par's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment (FILED UNDER SEAL); (4) Declaration of Brandon Rockwell in Support of Par's Motion for Summary Judgment and Motion to Seal (FILED UNDER SEAL); (4) Proposed Order Granting Par's Motion for Summary Judgment; and (7) Proposed Order Granting Par's Motion for Leave to File Under Seal, by electronic mail to the counsel of record listed below.

**Susan Margaret Cook**
susan.cook@hoganlovells.com

**Ann Frances Entwistle**
ann.f.entwistle@usdoj.gov

**Kathryn Victoria Long**
kathryn.long@hoganlovells.com

**Catherine E. Stetson**
cate.stetson@hoganlovells.com

Dated:  April 5, 2016                              Respectfully submitted,

/s/Taniel Anderson
Taniel Anderson
**ARENT FOX LLP**

1